## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| RUSSELL JAMES HODGE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 08-CV-4072-DEO<br><br>ORDER |

_____

This matter is before the Court pursuant to the pro se pleadings filed by plaintiff Russell James Hodge, "First Amendment Petition" (Docket No. 1).

Based upon a review of the submitted pleading, the Court has determined that appointed counsel is appropriate in order that the plaintiff be adequately represented in this matter.

**UPON THE FOREGOING, IT IS HEREBY ORDERED** that the Clerk of Court shall appoint counsel to represent pro se plaintiff.

**IT IS FURTHER HEREBY ORDERED** that plaintiff's newly appointed counsel shall have thirty (30) days from the date of his/her appointment to amend or supplement and brief plaintiff's pleading (Docket No. 1).  If there will be no amendment or supplement and brief, plaintiff's counsel shall file a report setting that out.

**IT IS FURTHER ORDERED** that the defendant shall have

thirty (30) days from the date plaintiff's counsel files a supplemental pleading and brief, if any, within which to file a responsive pleading and brief.

**IT IS SO ORDERED** this 29th day of August, 2008.

*Donald E. O'Brien*
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa